ANNELIESE WIEDER, an Infant, by ADAM WIEDER, Her Guardian ad Litem, et al., Appellants, *v.* JOHN MEEHAN et al., Copartners under the Firm Name of JOHN MEEHAN & SON, Respondents.

Submitted April 24, 1942; decided June 18, 1942.

*Robert Hyman* for appellants.

*James I. McGuire* and *George A. Garvey* for respondents.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that upon this record there were questions of fact as to the defendants' negligence and the plaintiff's freedom from contributory negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.